IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRONE MOORE**, | : CIVIL ACTION NO. 1:05-CV-0828 |
| **Petitioner** | : (Judge Conner) |
| v. | : |
| **JEFFREY BEARD**, Commissioner, Pennsylvania Department of Corrections; **DAVID DIGUGLIELMO**, Superintendent of the State Correctional Institution at Graterford, | : |
| **Respondents** | : |

## <u>ORDER</u>

AND NOW, this 23rd day of November 2005, upon consideration of petitioner's motion for appointment of counsel (Doc. 11), <u>see</u> 18 U.S.C. § 3006A(a)(2)(b) (Whenever . . . the court determines that the interests of justice so require, representation may be provided for any financially eligible person who . . . is seeking relief under [28 U.S.C. §] 2254 . . .), and it appearing that the case is complex legally, factually and procedurally, and raises arguably meritorious issues which require additional briefing in the form of a traverse, and that an evidentiary hearing may be necessary, and it appearing that the interests of justice require appointment of counsel,[1] and it further appearing that petitioner is indigent, it is hereby ORDERED that the motion (Doc. 11) is GRANTED as follows:

---

[1] Following convictions for murder and related offenses in Pennsylvania, petitioner was sentenced to death. The Pennsylvania State Supreme Court denied relief as to the guilt-phase by only one vote, 4-3. (Doc. 11, p. 4).

1. Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(2)(b), attorney Joseph M. Cosgrove, is appointed to represent petitioner in these proceedings.

2. Counsel may file a traverse on or before December 23, 2005.

            S/ Christopher C. Conner
            CHRISTOPHER C. CONNER
            United States District Judge